**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-03683

CRYSTAL ROBERTSON,

Petitioner,

v.

TOPGOLF USA THORNTON, LLC, a Delaware limited liability company, and
TOPGOLF TOPCO, LLC, a Delaware limited liability company formerly known as Topgolf International, Inc.,

Respondents.

---

**MOTION TO SHOW CAUSE RE: SETTING HEARING ON PETITION SEEKING LEAVE TO PERPETUATE PRE-SUIT DISCOVERY PURSUANT TO FRCP 27**

---

Petitioner Crytal Robertson ("Petitioner") moves the Court for an Order Setting a Hearing on Petition Seeking Leave to Perpetuate Pre-Suit Discovery Pursuant to FRCP 27. Concurrent with this Motion to Show Cause, Petitioner has also filed a Petition Seeking Leave to Perpetuate Pre-Suit Discovery Pursuant to FRCP 27.

Petitioner understands that this Court must set a hearing date and time before Petitioner can serve Respondents with the Petition. Once the Court sets a hearing on the Petition, Petitioner will serve Respondents Topgolf USA Thornton, LLC and Topgolf Topco, LLC ("Respondents") with a copy of the Petition and the Notice of Hearing so that Respondents may obtain counsel and appear to respond to the Petition.

/ / /

/ / /

Petitioner therefore moves the Court for an order to show cause why the Court should not grant the motion and set a hearing on Petitioner's Petition Seeking Leave to Perpetuate Pre-Suit Discovery Pursuant to FRCP 27 (filed with this Motion and Order to Show Cause).

DATED: August 12, 2026.

Anne D. Foster, OSB No. 993152
Email: afoster@sfklegal.com
Samuel T. Smith, OSB No. 084772
Email: ssmith@sfklegal.com
Jaimee R. King, OSB No. 146042
Email: jking@sfklegal.com
Smith Foster King LLC
3330 NW Yeon Ave, Suite 240
Portland, Oregon 97210
Telephone: 503.567.7100

*Attorneys for Petitioner*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing MOTION TO SHOW CAUSE RE: SETTING HEARING ON PETITION SEEKING LEAVE TO PERPETUATE PRE-SUIT DISCOVERY PURSUANT TO FRCP 27 was served on:

Topgolf USA Thornton, LLC
*via personal service on its registered agent**
CT Corporation System-Registered Agent
7700 E Arapahoe Rd., Ste 220
Centennial, CO 80112

Topgolf Topco, LLC (formerly known as Topgolf International)
*via personal service on its registered agent**
CT Corporation System-Registered Agent
7700 E Arapahoe Rd., Ste 220
Centennial, CO 80112

* With proof of service to be filed with the court.

DATED: August 10, 2026.

*/s/ Anne D. Foster*
Anne D. Foster, OSB No. 993152
Email: afoster@sfklegal.com
Samuel T. Smith, OSB No. 084772
Email: ssmith@sfklegal.com
Jaimee R. King, OSB No. 146042
Email: jking@sfklegal.com
Smith Foster King LLC
3330 NW Yeon Ave, Suite 240
Portland, Oregon 97210
Telephone: 503.567.7100

*Attorneys for Petitioner*